UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| APRIL HUBBARD ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:22-CV-120-FL |
| FEDEX GROUND PACKAGE SYSTEM, ) | |
| INC. ) | |
|       Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 17, 2023 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on October 17, 2023, and Copies To:**
Geraldine Sumter (via CM/ECF Notice of Electronic Filing)
Nicholas Hulse (via CM/ECF Notice of Electronic Filing)

October 17, 2023                PETER A. MOORE, JR., CLERK

                                                 /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk